Andrea K. George
Rebecca Pennell
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
10 N. Post, Ste. 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for Defendant

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 2 5 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HON. LONNY R. SUKO)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> Vs. <br><br> GERALD LEE GEORGE, <br><br> Defendant. | CR-12-2042-LRS <br><br> SECOND ORDER AMENDING CONDITIONS OF RELEASE AND GRANTING EXPEDITED HEARING <br><br> (Proposed) |

Mr. George has filed a motion to amend the conditions of supervised release so as to facilitate contact between himself and his attorneys. Neither the government nor the U.S. Probation Office oppose the motion. The Court agrees that the proposed amendment is appropriate. According, **IT IS HEREBY ORDERED** that Defendant's motions to modify release conditions (Ct. Rec. 47) and for expedited hearing (Ct. Rec. 45) are **GRANTED**. The prior release orders in this matter (Ct. Recs. 19, 21) are amended as follows:

Defendant shall not be required to have a family-member

Second Order Amending Release Conditions       1

chaperone when traveling to and from or attending meetings with his attorneys or attorney representatives. The requirement of electronic home monitoring remains in place. Accordingly, the Defendant shall obtain approval from U.S. Probation prior to attending an attorney meeting. Defendant shall also contact U.S. Probation at the outset and end of each meeting to verify his attendance, in a manner deemed reasonably appropriate by U.S. Probation.

All other conditions of release previously imposed remain in full force and effect.

**IT IS SO ORDERED.** The district court executive is directed to enter this order and provide copies to counsel and to the U.S. Probation Office.

Dated: 7-24-12

_Lonny R. Suko_
LONNY R. SUKO
United States District Judge

Second Order Amending Release Conditions

2