AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __WASHINGTON__

UNITED STATES OF AMERICA

V.

GERALD LEE GEORGE

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: CR-12-02042-LRS-1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 1 6 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

*[signature]*

Signature of Judge

The Honorable Lonny R. Suko     U.S. District Court Judge
Name of Judge                   Title of Judge

1/16/2013
    Date